AO 93 (Rev. 11/13) Search and Seizure Warrant

# United States District Court
for the
Western District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address.)*

LG cellular telephone utilizing Verizon Wireless call number 716-200-3770

Case No. 19-mj- 25

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of New York *(identify the person or describe the property to be searched and give its location)*:

An LG cellular telephone utilizing Verizon Wireless call number 716-200-3770, as further described in Attachment A, attached hereto,

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated herein by reference.

All of which are evidence, fruits, and instrumentalities of a violation of Title 18, United States Code, Section 875(c), and all of which are more particularly described in the application for this warrant which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before January 29, 2019
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     H. Kenneth Schroeder, Jr.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: January 17, 2019 4:16 pm     _____
*Judge's signature*

City and State: Buffalo, New York          H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

# Return

| Case No.: 19-mj- | Date and time warrant executed: 1/16/2019 11:00 AM | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:
Task Force Officer Michael Hockwater

Inventory of the property taken and name of any person(s) seized:

Electronically stored information as described in Attachment B

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/16/2019

_____
Executing officer's signature

Jason Kammeraad, FBI
Printed name and title

## Attachment A

### Property to be Searched

An LG cellular telephone utilizing Verizon Wireless call number 716-200-3770 that was seized from the residence of MORGAN FALLON located at 17 Park Street, Upper, Buffalo, New York, 14201, on or about May 9, 2018.

HKS
1/15/19

## Attachment B

### Items To Be Seized

Items comprising evidence of, or property used in committing, a violation of Title 18, United States Code, Section 875(c), consisting of:

1. Electronically stored information which would tend to show, reflect, concern, or constitute incoming calls, outgoing calls, missed calls, or voice mails between FALLON and the Army Chaplain; electronically stored information that would tend to show, reflect, or constitute indicia of ownership, use, possession or control of the cellular telephone including subscriber information; and electronically stored information that would tend to show, reflect, or constitute global positioning system (GPS) entries, internet protocol (IP) connections, or other geographic location data for the dates May 4, 2018, through May 9, 2018.



HKS
1/15/19